| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LEON D. VESSELL, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:20-CV-12
§
BLAKE LAMB, *et al.*, §
§
       Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Leon D. Vessell, proceeding *pro se*, filed this civil rights lawsuit against Blake Lamb, Taliesen Stern, Joy Runnels and Patrick Dickens.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment filed by the defendants be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  The motion for summary judgment is **GRANTED**.  A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 12th day of January, 2023.

                                                      MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE